_Marian F. Harrison_
Marian F. Harrison
US Bankruptcy Judge



Dated: 1/27/2022

TW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  CASE NO. 19-00362-MH3-13
PATRICK ELRAD DONOVAN
TAMMELA SCHARMANE DONOVAN

**ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER**

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

The continuing **mortgage** payment made to **PENNYMAC LOAN SERVICES LLC** shall increase from **$1,723.08 to $1,820.69** beginning with the **02/22** disbursement.

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors.
Impacted creditors may be:
**QUANTUM3 GROUP LLC** at **$29.00** per month.
**NPRTO SOUTH EAST LLC** at **$115.04** per month.
**NPRTO SOUTH EAST LLC** at **$103.30** per month.
**MY FAMILY HOME FURNISHINGS** at **$321.00** per month.
**SECURITY NATIONAL AUTO ACCEPTANCE COMPANY** at **$383.00** per month.
**SANTANDER CONSUMER USA** at **$403.00** per month.
**CARRINGTON MORTGAGE SERVICES LLC** at $925.81 per month.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

NOTICE TO:

PATRICK ELRAD DONOVAN  & TAMMELA SCHARMANE DONOVAN   1130 HILLIARD LANE, CLARKSVILLE, TN  37042

ADRIENNE TRAMMELL LOVE  7009 LENOX VILLAGE DR STE 103, NASHVILLE, TN  37211

PENNYMAC LOAN SERVICES LLC  P O BOX 2410, MOORPARK, CA  93020
PENNYMAC LOAN SERVICES LLC P O BOX 660929, DALLAS, TX  75266
WILSON AND ASSOCIATES PLLC  400 W CAPITOL AVE STE 1400, LITTLE ROCK, AR  72201

**AFFECTED CREDITORS**

QUANTUM3 GROUP LLC

NPRTO SOUTH EAST LLC

NPRTO SOUTH EAST LLC

MY FAMILY HOME FURNISHINGS

CARRINGTON MORTGAGE SERVICES LLC

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.